# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wendell Dwayne O'Neal,                                    Civil No. 05-1943 (DWF/AJB)

              Plaintiff,

v.                                                                              **ORDER**

Unknown U.S. Government Entity; Det. Bd. of Ed.,
1999 Woodward Ave. Det., MI 48221;
Hennepin Cnty Sheriffs Dept., Minneapolis, MN;
HCMC; Dr. Andrews Eromann; Paul Marshall,
Minneapolis, MN; and Sprint Communications,
St. Paul, MN 55101,

              Defendants.

_____

Wendell D. O'Neal, *Pro Se*, Plaintiff.

_____


       Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated October 7, 2005, all the files and records, and no objections having been filed to said Recommendation,

       **IT IS HEREBY ORDERED** that:

       1.      Plaintiff's Application To Proceed *In Forma Pauperis* (Doc. No. 2) is **DENIED**.

       2.      This action be **DISMISSED WITHOUT PREJUDICE**.

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: November 9, 2005          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   Judge of United States District Court